# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-0890V
### Filed: May 23, 2018
UNPUBLISHED

|  |  |
|---|---|
| JACKIE DWAYNE DAMRON, as Administrator of the Estate of JACK DAMRON, Deceased,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Special Processing Unit (SPU); Damages Decision Based on Proffer; Influenza (Flu) Vaccine; Guillain-Barre Syndrome (GBS) |

*William E. Cochran, Jr., Black McLaren Jones Ryland & Griffee, P.C., Memphis, TN, for petitioner.*
*Kathryn Ann Robinette, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 29, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that his deceased father, Jack Damron, suffered the table injury of the Guillain-Barré Syndrome ("GBS") after receiving the seasonal influenza vaccine. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 23, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation. On May 23, 2018, respondent filed a proffer on award of compensation

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

("Proffer") indicating petitioner should be awarded $358,190.88. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>358,190.88</u> in the form of a check payable to petitioner, Jackie Dwayne Damron, as Administrator of the Estate of Jack Damron, Deceased.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

|  |  |  |
|---|---|---|
| JACKIE DWAYNE DAMRON, as administrator of the estate of JACK DAMRON, deceased, | ) ) ) ) | |
| | ) | No. 17-890 |
| Petitioner, | ) | Chief Special Master Dorsey |
| | ) | ECF |
| v. | ) | |
| | ) | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ) ) | |
| Respondent. | ) | |
| | ) | |

## PROFFER ON AWARD OF COMPENSATION

On April 23, 2018, respondent filed a Rule 4(c) report conceding petitioner's entitlement to compensation in this case. On April 23, 2018, the Chief Special Master issued a Ruling on Entitlement finding that petitioner was entitled to vaccine compensation for her deceased father's Guillain-Barre Syndrome ("GBS").

### I.     Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded $ 358,190.88, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

### II.     Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $ 358,190.88, in the form of a check payable to petitioner. Petitioner agrees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

GABRIELLE FIELDING
Assistant Director
Torts Branch, Civil Division

s/ Kathryn A. Robinette
KATHRYN A. ROBINETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-3661
Fax: (202) 616-4310

DATED: May 23, 2018